JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JONATHAN ANTHONY MENDEZ,<br><br>Petitioner,<br><br>v.<br><br>WARREN MONTGOMERY (Warden),<br><br>Respondent. | No. ED CV 18-2285-VBF-RAO<br><br><br><br>**FINAL JUDGMENT** |

Final judgment is hereby entered in favor of the respondent and against petitioner Jonathan Anthony Mendez.

**IT IS SO ADJUDGED.**

Dated: August 12, 2019

                                      HON. VALERIE BAKER FAIRBANK
                                      Senior United States District Judge